UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SARAH M. JOHNSON,

    Plaintiff,

v().                                      CASE NO._____

RYAN MCCARTHY,
Acting Secretary,
Department of the Army,

    Defendant.
_____

# COMPLAINT

Plaintiff SARAH M. JOHNSON, (hereinafter referred to as the "Plaintiff" and/or "Johnson"), by and through her undersigned attorneys sues the Defendant, RYAN MCCARTHY, Acting Secretary, Department of the Army, (hereinafter referred to as the "Defendant" and/or "DOA), and alleges as follows:

## *INTRODUCTION*

1. Plaintiff brings this claim to remedy discrimination based upon her race (African-American) in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq.,

## *JURISDICTION AND VENUE*

2. Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and 42 U.S.C.

§2000e; 5(f), Title VII.

3. Declaratory, injunctive, and equitable relief is sought pursuant to 28 U. S. C. §§ 2201, 2202 and 42 U.S.C. § 2000e-5(g).

4. Costs and attorney's fees are sought pursuant to 42 U.S.C. §2000e5 (k) and Fed. R. Civ. P. 54, Title 10 U.S.C § 2409, et seq. and Fla. Stat. § 448.101-105.

5. This action lies in the Northern District of Florida, Pensacola Division, pursuant to 29 U.S.C. § 1391(b), because the action arose in this judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment practices were committed in this judicial district.

6. Plaintiff's received the Final Agency Action on October 31, 2019. She has complied with all conditions precedent to the filing of this suit.

## *PARTIES*

7. Johnson is an African-American female and former employee of the Department of the Army. During the period at issue, Johnson worked as a GS-11 Construction Control Representative for the U.S. Army Corps of Engineers at its Resident Office in Florida.

8. The Defendant, U.S. Army Corps of Engineers is an Executive Branch Agency of the Department of the Army. The DOA is an employer as that term is used in Title VII and the Equal Pay Act.

*FACTS*

9. Complainant was employed as a Construction Control Representative, GS-1809-11, for the U.S. Army Corps of Engineers at Hurlburt Field its Resident Office in Florida.

10. Mr. Stephen Godbee, Supervisory Civil Engineer/Resident Engineer, GS-0810-13, was her first level supervisor and Mr. J. Andy Adams, Supervisory Civil Engineer, GS-0810-14, was her second level supervisor.

11. Mr. George Condoyiannis, Supervisory Civil Engineer, GS-0810-15, was her third level supervisor and the selecting official.

12. The position of Construction Control Representative, GS-0809-12, was advertised via Vacancy Announcement number SCGU163713461701961. Complainant applied and on June 7, 2016, was qualified and referred for the position along with 12 other candidates.

13. In accordance with the position description (PD) and Vacancy Announcement, the incumbent serves as Office Engineer for the Area/Resident Office or Contract Administration Branch/Construction Division performing and/or monitoring the performance of the full range of "office" engineering functions.

14. Projects include specialized facilities, involving special-purpose technical equipment installation and structural features requiring specially adapted

construction methods and quality control techniques, reviews contractor proposals, prepares technical analysis or Pre-negotiation Objectives, develops construction methods and quality control techniques, conducts negotiations with contractor personnel on modifications and negotiated contracts, researches and analyzes contractor claims, prepares written narrative of negotiation proceedings, reviews plans and specifications prior to contract advertisement, investigates need for a prepared engineering data for change orders, prepares monthly partial payment estimates and monitors progress on contracts.

15. The rating panel consisted of Ms. Mary Moore, Chief, Contract Administration Branch, GS- 0810-13, Ms. Kelli Williams, Supervisory Electrical Engineer/Eglin AFB Resident Engineer, GS-0810-13, Eglin Resident Office, Eglin Air Force Base, FL, and Ms. Phyllis Smith, Chief, Military Programs, GS-0810-14, Project Management Division, Military Programs, Mobile, AL.

16. The interviews were ranked based on ten questions; no point system was used. Ms. Moore, Ms. Williams and Ms. Smith ranked Complainant second and Ms. O'Neil first.

17. The resumes were ranked with 12 criteria; no point system was used. Ms. Moore and Ms. Williams ranked Complainant second and Ms. Smith ranked Complainant third. Ms. Moore, Ms. Williams and Ms. Smith ranked the selectee, Ms. Marialuz O'Neil (Hispanic) first (IF p 149).

18. The Rationale for Selectee, shows the panel recommended Ms. O'Neil because she demonstrated strong answers during the interview and excellent knowledge related to contract administration at the Resident and Area Engineer Office and District Office level; she demonstrated superior experience in contract administration with passion and enthusiasm for working as part of the Contract Administration Branch team; she demonstrated a strong ability to form and maintain effective customer relationships and the self-confidence, commitment, courage and ability to make sound decisions required of the position).

19. Complainant has been performing at the GS-12 level and has experience in negotiating change orders, task orders and Indefinite Delivery/Indefinite Quantity (IDIQ) contracts, analyzing proposals, preparing and issuing change orders and modifications. She also has experience and knowledge and has played a pivotal role in all aspects of contract administration since she began working. She further has a Master's Degree in Public Administration, Level I Contracting Certification and Contracting Officer's Representative (COR) Certification. (IF pp 58-59).

20. Complainant believes she is more qualified than Ms. O'Neil because she has worked in the field for 25 plus years and she is well versed in the aspects of contract administration. She has trained co-workers in all offices she has worked in, on the Resident Management System (RMS) and Corps of Engineers Financial

Management System (CEFMS) as well as instructed contractors in utilizing the Quality Control System (QCS); and she has been the point of contact for RMS/QCS and CEFMS at Hurlburt Field since 1999.

21.  Ms. O'Neil was afforded the opportunity to work in a temporary position as a Construction Control Representative, GS-12, later announced in May 2016, to provide her with information and hands on experience to poise her to be the better candidate (IF p 59).

## COUNT I
### (Violation of Title VII - Race Discrimination)

22.  Plaintiff incorporates by reference, as if fully set forth herein paragraphs 1 through 21, above.

23.  Johnson is an African-American female and former employee of the Department of the Army.

24.  Plaintiff was qualified to perform the duties of Construction Control Representative, GS-0809-12.

25.  Plaintiff was not selected for the GS-12 position.  A less qualified Caucasian woman was selected for the position.

26.  Defendant discriminated against Plaintiff in the terms and conditions of her employment on the basis of her race in violation of the Title VII of the Civil Rights Act of 1964.

27. Plaintiff is now suffering and will continue to suffer irreparable jury and monetary damages as a result of Defendant's discriminatory practice unless and until this Court grants relief.

## *PRAYER FOR RELIEF*

WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment:

(a) Directing Defendant to place Plaintiff in the position she would have occupied but for Defendant's discriminatory treatment of her and make her whole for all earnings she would have received, including but not limited to, wages, pension, and other lost benefits.

(b) Awarding Plaintiff front pay.

(c) Awarding Plaintiff compensatory damages.

(d) Awarding Plaintiff the costs of this action together with reasonable attorney's fees.

(e) Granting such other and further relief as the Court deems just and proper in the premises.

## *DEMAND FOR JURY TRIAL*

For each cause of action set forth above and pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury.

Dated this 4th day of December, 2019.

                                    Respectfully submitted,

*s/ R. John Westberry*
R. John Westberry, Esq.
Florida Bar No.: 244661
Email: rjw@westconlaw.com
Clayton M. Connors, Esq.
Florida Bar No.: 0095553
Email: cmc@westconlaw.com
WESTBERRY & CONNORS, LLC.
4400 Bayou Blvd, Suite 32 A
Pensacola, FL 32504
Telephone: 850-473-0401
Facsimile: 850-473-1388

Attorneys for the Plaintiff
SARAH M. JOHNSON